UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS RAYMOND KLINE,

       Plaintiff,

                                                               Case No. 4:06-cv-25

v.

                                                               Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 5, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED. Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income is denied.

Dated:  August 22, 2007                                          /s/ Wendell A. Miles
                                                                        Wendell A. Miles
                                                                        Senior U.S. District Judge